UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ADAM TAUB,

        Plaintiff,

vs.

GMAC MORTGAGE, LLC; EQUIFAX
INFORMATION SERVICES, LLC; and
TRANS UNION, LLC;

        Defendants.

CASE NO. 11-14677

Hon.:  Marianne O. Battani

---

### DEFENDANT GMAC MORTGAGE, LLC'S
### CORPORATE DISCLOSURE STATEMENT

---

Pursuant to E.D. Mich. L.R. 83.4 and Fed. R. Civ. P. 7.1, Defendant GMAC Mortgage, LLC makes the following disclosure:

GMAC Mortgage, LLC is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally").  Ally is not publicly held.  No publicly held corporation owns more than 10% of the common stock of Ally.

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    ____ YES        __X__ NO

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    ____ YES        __X__ NO

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: /s/Matthew Mitchell
    Thomas M. Schehr (P54391)
    Matthew Mitchell (P69810)
    Attorneys for GMAC Mortgage, LLC
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, MI 48304
    (248) 203-0700

October 31, 2011    mmitchell@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: William R. Brown, Esq. (IN# 26782-48), Terri R. Brown, Esq.(IN# 26279-49) and Adam S. Alexander, Esq. (P53584).


    s/Matthew Mitchell
    Dykema Gossett PLLC
    39577 Woodward Avenue, Suite 300
    Bloomfield Hills, MI  48304-5086
    (248) 203-0542
    E-mail:  mmitchell@dykema.com
    P69810